Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
NORTHERN District of FLORIDA
NORTHERN Division

MARIO Goodhigh

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

SERGEANT TYRE
FLORIDA STATE PRISON

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:22 CV 406-BJD-LLL
(to be filled in by the Clerk's Office)

LEGAL MAIL
Florida State Prison

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: MARio Goodhigh
   All other names by which you have been known: N/A
   ID Number: M28779
   Current Institution: Florida State Prison
   Address: P.O. Box 800
   Raiford   FL   32083
   City   State   Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Tyre
   Job or Title (if known): Sergeant
   Shield Number:
   Employer: Florida State Prison
   Address: P.O. Box 800
   Raiford   FL   32083
   City   State   Zip Code
   [✓] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name: Florida State Prison
   Job or Title (if known):
   Shield Number:
   Employer:
   Address:
   Raiford   FL   32083
   City   State   Zip Code
   [✓] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                    City            State           Zip Code
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

                    City            State           Zip Code
    ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

    A.    Are you bringing suit against *(check all that apply)*:

        ☑ Federal officials (a *Bivens* claim)

        ☐ State or local officials (a § 1983 claim)

    B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

    C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? SERGEANT TYRE don't WANT ME to TALK OR OTHER INMATES IN this QUAD of R-doRM AND if he CATCHES ME OR OTHER INMATES TALKING he gone CIT ME AND OTHER INMATES AND GAS US

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

## IV. Statement of Claim  IMMINENT DANGER,

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE day I was hit why I was in handcuffs

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

FEBRUARY 21, 2022. And SERGEANT TYPE THREATEN ME by TELLING ME if I bother his NURSES AGAIN what he was gone do to me if I address any issues on sick calls

B. If the events giving rise to your claim arose in an institution, describe where and when they arose. MEANS

And that he's coming to see me which means (if I address issues, he's gone jump on me, CELL 1323 SINGLE which is dangerous. C-dorm confinement CELL-C-1323
SERGEANT TYPE Keeps retaliating
AGAINST ME on every corner playing
Slick want to spray me for known apparently
REASONS

Page 4 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

4-5-22

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* 2-21-22. Incident happen since I've wrote Sergeant Type up about punching me on my left side of my face on my bunk why I was in handcuffs and depriving me of my CM-1 phone calls 4-5-22 Sergeant Type approaches in front of my cell telling me oh your disobeying. Verbal order oh I said your dis obeying. Verbal order he'll walk away from my cell and Type knows all the while I

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. wasn't doing anything at all and what he'll do is get the Lieutenant and they get the cameras if they catch me our other inmates in C-dorm and gas us inmates which is cruel and unusual punishments. My injuries I'm scared to talk. I already was involved in an organized excessive unnecessary use of force at Charlotte CI May 20, 2022. And now harrassing me telling me he fit to CIT me from

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Talking to this courts I'm scared about this Sergeant Type he do wrongfully things he want to spray us inmates for no apparently reasons him and the Lieutenant on April 4, 2022 my open mail flew under neith my cell door Sergeant Type was making his rounds check and picked up my open mail and never give me my mail back and which I stated to him that was my mail that he picked up and bring to me. Belief release me from CM- confinement →

Page 5 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. **Statement of Claim** Imminent danger

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. The day I was hit by SERGEANT TYRE IN HANDCUFFS WHY I WAS SITTING ON MY BUNK ON DATE 2-21-22. AND SERGEANT TYRE THREATEN ME

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

by TELLING ME if I bother his NURSES AGAIN to Address Any MORE ISSUES AGAIN AND that hes coming to SEE ME which MEANS if I ADDRESS ANY MORE ISSUES he GONE JUMP ON ME IN HANDCUFFS IN MY CELL AGAIN C-1323 SINGLE which IS AN THREAT

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

FSP Florida State Prison C-dormitory SERGEANT TYRE KEEPS RETALIATING AGAINST ME hell APPROACH IN FRONT OF MY CELL AND PRETEND LIKE Im doing something COMES to ME SAYING oh you disobeying, VERBAL ORDER I'M GONE AND GET the CAMERA →

Page 4 of 11

INJURIES ALSO COMES FROM AN INCIDENT REPORT HAS BEEN WRITTEN AGAINST MEDICAL AND MENTAL HEALTH STAFFS. AND AN INCIDENT REPORT HAS BEEN WRITTEN by ME. AND SERGEANT TYBE STILL COMES INTO THIS QUAD of C-doRM AND WHICH WE SUPPOSE to NOT bE AROUND EACH OTHER AT ALL KNOWING AN STAFF ABUSED INCIDENT REPORT HAS BEEN WRITTEN AGAINST SERGEANT TYBE.

BELIEF: ASKING for $400,000 dollARS
RELEASE ME FROM CONFINEMENT
I'M IN FEAR FOR MY LIFE FILLS LIKES I WANT to COMITT SUICIDE WHEN IM AROUND SERGEANT TYBE,
SERGEANT TYBE GOT INMATES SCARED to WRITE him uP HE'll REtALIATE AGAINST them GIVE US AIR tRAYS. WITH NO FOOD.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FSP FLORIDA STATE PRISON
US COURTS CONTACT THIS STATE PRISON
REMOVE SERGEANT TYBE FROM OUT THIS C-dorm QUAD FILLS LIKE I WANT TO ~~commit~~ Commit suicide WHEN IM AROUND him 4-4-22 MY OPEN MAIL FLEW UNDERNEATH MY CELL dOOR SERGEANT TYBE PICKED UP MY OPEN MAIL AND didN't GIVE it bACK to ME CAME bACK to WORK ON 4-5-22 AND STATED to ME OH YOU bACK AT IT AGAIN HE KNOWS I AIN'T SCARED to WRITE him UP STAFF ABUSED.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes
☐ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

C-1323 SiNGlE - hERE At FSP.

2. What did you claim in your grievance?

About how I was being punched by sergeant type why I was sitting on my bunk in handcuffs

3. What was the result, if any?

Approved

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

> I SENT THIS COURTS AN COPY OF APPROVED GRIEVANCE THIS US DISTRICT COURTS STILL DISMISSING MY CASE WITH PREJUDICE AND KNOWING THAT US. COURTS SEES ISSUES. AND WHICH THE DISTRICT COURTS OPENING THE DOORS FOR ME TO SPRAYED AND JUMPED ON. IM WRITING TO US DISTRICT FEDERAL COURTS BUT THE COURTS KEEPS ALLOWING THIS TO GO ON STILL GOT ME AROUND THIS SERGEANT TYBE AND AN INCIDENT REPORT HAS BEEN WRITTEN AGAINST SERGEANT TYBE AND THEY STILL HAVE US AROUND EACH OTHER AND KNOWING WE SUPPOSE TO BE SEPARATED FROM EACH OTHER

VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes
☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) MARIO Godhigh
   Defendant(s) J. Chavarria, P. Kadavy & J. Marshall

2. Court *(if federal court, name the district; if state court, name the county and State)*
   Fort Myers District Courts

3. Docket or index number
   2:21-CV-00911-JLB-MBM

4. Name of Judge assigned to your case
   John L. Badalamenti

5. Approximate date of filing lawsuit
   3-15-2022

6. Is the case still pending?

   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed without prejudice

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? This one This case

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) MARIO Goodhigh
   Defendant(s) Florida State Prison And Sergeant Type

2. Court *(if federal court, name the district; if state court, name the county and State)*

   US district Court Jacksonville, Fl 32202

3. Docket or index number
   3:22-CV-00347-BJD-LLL

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit
   3-31-2022

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   dismissed without Prejudice

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-5-22

Signature of Plaintiff: *Mario Goodhigh*
Printed Name of Plaintiff: MARio Goodhigh
Prison Identification #: M28779
Prison Address: P.O Box 800
Raiford, Fl 32083

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____